**No. 09-957. Charles Patton, Petitioner v. Illinois.**

559 U.S. 1048, 130 S. Ct. 2350, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 2997.

April 5, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 1121, 367 Ill. Dec. 839, 982 N.E.2d 989.

**No. 09-959. Thomas W. Heath, III, Petitioner v. Securities and Exchange Commission.**

559 U.S. 1049, 130 S. Ct. 2351, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 3029.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 586 F.3d 122.

**No. 09-1000. Charles M. Krutsinger, Petitioner v. Colorado.**

559 U.S. 1049, 130 S. Ct. 2353, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 3104.

April 5, 2010. Petition for writ of certiorari to the Supreme Court of Colorado denied.

Same case below, 219 P.3d 1054.

**No. 09-1001. H. Richard Austin, Petitioner v. Douglas G. Peterson & Associates, et al.**

559 U.S. 1049, 130 S. Ct. 2353, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 3020.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-1004. Illinois Dunesland Preservation Society, Petitioner v. Illinois Department of Natural Resources, et al.**

559 U.S. 1049, 130 S. Ct. 2367, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 2998.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 584 F.3d 719.

**No. 09-1015. Yuri J. Stoyanov, Petitioner v. Department of the Navy.**

559 U.S. 1049, 130 S. Ct. 2354, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 3061.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 348 Fed. Appx. 558.

**No. 09-1017. Superior Highwall Miners, Inc., et al., Petitioners v. Danny L. Frye.**

559 U.S. 1049, 130 S. Ct. 2354, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 2946.

April 5, 2010. Petition for writ of certiorari to the Circuit Court of West Virginia, Boone County, denied.

**No. 09-1018. Superior Highwall Miners, Inc., et al., Petitioners v. Danny L. Frye.**

559 U.S. 1049, 130 S. Ct. 2354, 176 L. Ed. 2d 562, 2010 U.S. LEXIS 2951.

April 5, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.